UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DALLAS CLEON POOLE, SR., ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> CARLOS DEL TORO, SECRETARY OF ) <br> THE U.S. DEPARTMENT OF THE ) <br> NAVY, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:22-CV-148-BO** <br> **4:22-CV-107-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that without opposition, defendant's motions [4:22-cv-107, DE 16] and [4:22-cv-148, DE 11] to consolidate the above-captioned cases are GRANTED. The Clerk is DIRECTED to consolidate the cases into a single action. For good cause shown, plaintiff's motions [4:22-cv-107, DE 18 & 20] and [4:22-cv-148, DE 16] to amend his complaint are GRANTED. And for the foregoing reasons, defendant's motions [4:22-cv-107, DE 10] and [4:22-cv-148, DE 9] to dismiss are GRANTED. The case is DISMISSED without prejudice.

This Judgment filed and entered on July 12, 2023, and copies to:

| | |
|---|---|
| Dallas Cleon Poole, Sr. | (Sent to 117 Realini Drive Havelock, NC 28532-9414 via US Mail) |
| Benjamin J. Higgins | (via CM/ECF electronic notification) |

July 12, 2023

PETER A. MOORE, JR.
Clerk of Court

By: /s/ Nicole Sellers
Deputy Clerk